ACCEPTED
03-14-00578-CR
5492498
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 2:28:35 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00578-CR

COURT OF APPEALS

FOR THE

AUSTIN SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/1/2015 2:28:35 PM
JEFFREY D. KYLE
Clerk

---

**DANIEL RAYMOND VADNAIS,**
Appellant

VS.

**THE STATE OF TEXAS,**
Appellee

---

APPEAL FROM

THE 22ND JUDICIAL DISTRICT COURT

HAYS COUNTY, TEXAS

TRIAL COURT CAUSE NO. CR-13-0651

---

**First Motion For Extension
of Time in Which to File State's Brief**

---

Whitney Borgman
Asst. Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 878-6544 / Fax: (512) 393-2246
State Bar No. 24082224
whitney.borgman@co.hays.tx.us
Attorney for the State of Texas

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

The State files this First Motion for Extension of Time in Which to File State's Brief, and in support states:

1. The State's current deadline for filing its brief is June 1, 2015.

2. This is the State's first Motion for Extension of Time in which to file its brief.

3. The State respectfully requests an extension of approximately sixty days, until July 31, 2015 in which to file its brief.

4. Good cause exists for the State's request for extension of time in which to file its brief. The attorney of record delivered her child 7 weeks prematurely. This office requests additional time for reassignment of State's Brief.

5. These circumstances have significantly delayed the completion of this brief.

6. This extension is not being sought to cause undue delay, but to seek justice.

7. For the foregoing reasons, the State respectfully requests that the Court grant an approximate sixty day extension for filing Appellee's Brief, until July 31, 2015.

Respectfully submitted,

_Whitney Borgman_
Whitney Borgman
Asst. Criminal District Attorney
Hays County Government Center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas, 78666
512-878-6544
whitney.borgman@co.hays.tx.us
State Bar No. 24082224
Attorney for the State of Texas

The foregoing Appellant Motion for Extension of Time in Which to File Appellant's Brief was subscribed and sworn to before me by Whitney Borgman on this the 1st of June, 2015.

_Whitney Borgman_
Whitney Borgman

RHONDA WIEDERSTEIN
MY COMMISSION EXPIRES
September 9, 2018

_Wiederstein_
Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

I certify that on June 1, 2015, I served the above motion by email to Dal Ruggles at dal@ruggleslaw.com, in accordance with the Texas Rules of Appellate Procedure.


_____
Whitney Borgman